In the Matter of the Application of JOHN F. CASSIDY for Admission to the Bar of the State of New York, Appellant.

Argued January 9, 1947; decided April 10, 1947.

*Patrick I. Flannelly* for appellant.

Order affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND, THACHER, DYE and FULD, JJ. Taking no part: CONWAY, J.